## **STATEMENT OF FACTS**

On August 23, 2017, members of the Metropolitan Police Department, Narcotics Special Investigations Division executed a search warrant at the premises of 643 Hamlin Street, NE, #6, Washington, D.C.  When the officers knocked and announced at the door to the apartment they heard the sound of an individual running away from the door inside the apartment. When the officers entered the apartment they detained the defendant, Joseph Greene, in the hallway outside of the bathroom.  The defendant was the only person present in the apartment that is leased to another individual.  Officers observed the bathroom window was opened and the screen was pushed out. Officers standing outside of the property heard something hit the ground and recovered one plastic bag that contained 24 grams of crack lying in the grass directly below the bathroom window of apartment #6.  During a search of the apartment the officers recovered an additional 119 grams of crack in the kitchen along with a plate, razor blade and sifter with  white residue.  In addition, the officers recovered a scale, empty zip lock bags, a loaded pistol and some powder cocaine from the residence.  The defendant was placed under arrest.  A portion of the white rock like substance field tested positive for cocaine base and the white powdery substance field tested positive for cocaine. The approximate weight of the white rock like substance recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
DETECTIVE DONNITA GILES
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2017.

_____
U.S. MAGISTRATE JUDGE